UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RUTHELLE FRANK, et al., on behalf of
themselves and all others similarly situated,

                Plaintiffs,

v.

SCOTT WALKER, in his official capacity as
Governor of the State of Wisconsin, et al.,

                Defendants.

Civil Action No. 2:11-cv-01128 (LA)

**MOTION FOR PRELIMINARY INJUNCTION AS TO ELEVEN NAMED PLAINTIFFS**

    Plaintiffs Shirley Brown, Sam Bulmer, Pamela Dukes, Carl Ellis, Ruthelle Frank, Mariannis Ginorio, Rickie Lamont Harmon, Eddie Lee Holloway, Barbara Oden, DeWayne Smith, and Nancy Lea Wilde (collectively, "Plaintiffs"), through their counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 65(a) to enter an order enjoining enforcement of the Wisconsin photo ID law, 2011 Wisconsin Act 23 ("the photo ID law") as to Plaintiffs. In the alternative, as to Plaintiffs Brown, Bulmer, Dukes, Ellis, Frank, Ginorio, Holloway, Oden, Smith, and Wilde, Plaintiffs request that they be allowed to vote by providing an affidavit of identity at the polling place or with an absentee ballot as a substitute for a photo ID requirement. Plaintiffs Bulmer, Ellis, and Harmon alternatively request that they be allowed to vote using their Veterans Identification Cards ("VICs").

    In support of this Motion, Plaintiffs concurrently submit a Memorandum in support of the Motion and Declarations and Exhibits thereto, which are hereby incorporated within this Motion by reference.

Respectfully submitted this 2nd day of March, 2012,

/s/ Karyn L. Rotker
Karyn Rotker
Bar No.: 1007719
Laurence J. Dupuis
Bar No.: 1029261
American Civil Liberties Union of Wisconsin
207 E. Buffalo Street, Suite 325
Milwaukee, WI 53202-5774
Phone: (414) 272-4032
Fax: (414) 272-0182
ldupuis@aclu-wi.org
krotker@aclu-wi.org

M. Laughlin McDonald
Jon Sherman
Nancy Abudu
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street, Suite 1440
Atlanta, GA 30303
Phone: (404) 523-2721
Fax: (404) 653-0331
lmcdonald@aclu.org
jsherman@aclu.org
nabudu@aclu.org

Karen E. Cunningham
Heather Maria Johnson
National Law Center on Homelessness & Poverty
1411 K Street NW, Suite 1400
Washington, DC 20005
Phone: (202) 638-2535
Fax: (202) 628-2737
kcunningham@nlchp.org
hjohnson@nlchp.org

Neil Steiner
Diane Princ
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3822
Fax: (212) 698-3599

neil.steiner@dechert.com
diane.princ@dechert.com

Craig Falls
Dechert LLP
1775 I Street, NW
Washington, DC 20006-2401
Phone: (202) 261-3373
Fax: (202) 261-3333
craig.falls@dechert.com

*Attorneys for Plaintiffs*