UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUTHELLE FRANK, et al., on behalf of
themselves and all others similarly situated,
    Plaintiffs,

v.                                            Case No. 11-CV-01128

SCOTT WALKER, in his official capacity as
Governor of the State of Wisconsin, et al.,
    Defendants.

## ORDER

**IT IS ORDERED** that defendants shall respond to plaintiffs' motion to increase the number of depositions that plaintiffs may take [DOCKET #102] by **July 13, 2012**.

Dated at Milwaukee, Wisconsin, this 12th day of July 2012.

                                        s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge