

October 1, 2012

Hon. Lynn S. Adelman, U.S. District Judge
U.S. District Court for Eastern District of Wisconsin
517 E Wisconsin Ave, Rm 364
Milwaukee, WI 53202-4511

**BY ECF**

Re:   *Frank v. Walker*, 2011-CV-1128

Dear Judge Adelman:

After last week's scheduling conference, the Wisconsin Supreme Court denied the state's motions to bypass in the two state court voter ID cases, *League of Women Voters of Wisconsin Education Network, Inc. v. Scott Walker* and *Milwaukee Branch of the NAACP v. Scott Walker*. Copies of the Supreme Court orders are attached.

It remains theoretically possible that the injunctions could be lifted before the November 6 election. In an article posted today by WRN (copy attached), the state attorney general reportedly states that the court "could be asked to reconsider the issue after a briefing deadline in mid-October." Given that Defendant Kevin Kennedy stated that it would not have been feasible to implement voter ID before November 6 had the Wisconsin Supreme Court reinstated it last month, that there has been no public information campaign on voter ID since March and no election official training on it in months, and that often takes weeks for voters to assemble the documents necessary to obtain ID, reinstating voter ID less than a month before the election would create widespread confusion and inevitable disfranchisement.

We do not believe the Court needs to retain the placeholder October 10 date for oral argument, if the Court has done so. However, we request that the Court be prepared to rule immediately on the preliminary injunction requests and/or order that the parties be prepared for an immediate status conference in the (unlikely) event that the Wisconsin courts stay or reverse both state court injunctions before November 6.

Sincerely,

/s/ Karyn L. Rotker

Karyn L. Rotker
One of Plaintiffs' Attorneys

electronic copies:
   Asst. Attorneys General Thomas Bellavia, Carrie Benedon, Clayton Kawski, Maria Lazar and Daniel Lennington (by ECF)
   Charles Curtis, Carl Nadler, John Ulin (by email)
   Penda D. Hair, Kumiki Gibson, Denise D. Lieberman, James Eichner (by email)

**American Civil
Liberties Union
of Wisconsin Foundation
State Headquarters**
207 E. Buffalo St.,
Suite 325
Milwaukee, WI 53202-5774
T/ 414-272-4032
F/ 414-272-0182

**American Civil
Liberties Union
of Wisconsin Foundation
Madison Area Office**
P.O. Box 687
Madison, WI 53701-0687
T/ 608-469-5540

www.ACLU-WI.org

