# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Ruthelle Frank, et al.,
    Plaintiffs,

v.                          Case No. 11-CV-01128

Scott Walker, et al.,
    Defendants.

---

League of United Latin American Citizens
(LULAC) of Wisconsin, et al.,
    Plaintiffs,

v.                          Case No. 12-CV-00185

David G. Deininger, et al.,
    Defendants.

## CIVIL TRIAL MINUTES

**Judge Lynn Adelman, presiding**    **Date:** 11/4/13 – 11/8/13
**Time Commenced:** See below    **Concluded:** See below
**Deputy Clerk:** RM    **Court Reporter:** John Schindhelm

**APPEARANCES:**

**Plaintiff:** Craig Falls, Karyn Rotker, Neil Steiner, Angela Liu, Diane Princ, Sean Young, Larry Dupuis, John Ulin, Jim Eichner, Charles Curtis, Ethan Corson, Leigh Chapman, Marco Martemucci

**Defendant:** Clay Kawski, Maria Lazar, Dan Lennington

**Notes:**

    See transcript for details.

    Monday, November 4, 2013

        Trial Begins: 10:00 a.m.

Lunch Break: 12:20 p.m. to 1:05 p.m.

Break: 2:45 p.m. to 3:05 p.m.

Break: 4:00 p.m. to 4:04 p.m.

Trial concludes: 4:40 p.m.

Tuesday, November 5, 2013

Trial Begins: 10:00 a.m.

Lunch Break: 12:13 p.m. to 1:00 p.m.

Break: 2:50 p.m. to 3:00 p.m.

Trial concludes: 6:10 p.m.

Wednesday, November 6, 2013

Trial Begins: 10:25 a.m.

Lunch Break: 12:00 p.m. to 12:55 p.m.

Break: 2:55 p.m. to 3:12 p.m.

Trial concludes: 6:35 p.m.

Thursday, November 7, 2013

Trial Begins: 10:00 a.m.

Break: 11:40 a.m. to 11:45 a.m.

Lunch Break: 12:31 p.m. to 1:25 p.m.

Break: 3:20 p.m. to 3:30 p.m.

Trial concludes: 6:45 p.m.

Friday, November 8, 2013

Trial Begins: 10:00 a.m.

Break: 11:30 a.m. to 11:45 a.m.

Lunch Break: 12:39 p.m. to 1:36 p.m.

Break: 3:26 p.m. to 3:42 p.m.

Break: 4:45 p.m. to 4:50 p.m.

Trial concludes: 5:45 p.m.