# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RUTHELLE FRANK, et al., on behalf
of themselves and all others similarly situated,
    Plaintiffs

    v.        CASE NUMBER: 11-C-1128

SCOTT WALKER, in his official capacity as
Governor of the State of Wisconsin, et al.,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the named Defendants and Defendants' officers, agents, servants, employees, and attorneys, and all those acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, are hereby permanently enjoined from conditioning a person's access to a ballot, either in-person or absentee, on that person's presenting a form of photo identification.

Approved as to form:
s/ Lynn Adelman, District Judge

| April 29, 2014 | Jon W. Sanfilippo |
|---|---|
| Date | Clerk |

                                                                s/ D. Monroe
                                                               (By) Deputy Clerk