# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

May 12, 2014

**To:**   Jon W. Sanfilippo  
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-2058
>
> Caption:  
> RUTHELLE FRANK, et al.,  
> Plaintiffs - Appellees
>
> v.
>
> SCOTT WALKER, in his official capacity as Governor of State of Wisconsin, et al.,  
> Defendants - Appellants
>
> District Court No: 2:11-cv-01128-LA  
> District Judge Lynn Adelman  
> Clerk/Agency Rep Jon Sanfilippo
>
> Date NOA filed in District Court: 05/12/2014

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)