# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 15, 2014

Before

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No.: 14-2058 | RUTHELLE FRANK, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>SCOTT WALKER, in his official capacity as Governor of State of Wisconsin, et al.,<br>Defendants - Appellants |
| No.: 14-2059 | LEAGUE OF UNITED LATIN AMERICAN CITIZENS OF WISCONSIN, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>DAVID G. DEININGER, et al.,<br> Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:11-cv-01128-LA<br>Eastern District of Wisconsin | |
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00185-LA<br>Eastern District of Wisconsin | |

- over -

Upon consideration of the **PLAINTIFFS-APPELLEES' EMERGENCY MOTION TO STAY JUDGMENT AND MANDATE PENDING FURTHER REVIEW**, filed on October 7, 2014, by counsel for the appellees,

**IT IS ORDERED** that the motion for a stay of mandate is **GRANTED**. This stay will expire automatically if the time to file a petition for certiorari expires without a petition being filed, or if a petition is filed and denied. If a petition is filed and granted, the stay will continue pending the Supreme Court's decision.