# Exhibit 1

*Frank v. Walker / LULAC v. Barland*

Defendants' Brief in Opposition to Plaintiffs' Objections to Bill of Costs

**Veritext Mid-Atlantic**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| **Bill To:** | Clayton Kawski, Esq<br>Wisconsin Department of Justice<br>17 W Main St.<br><br>Madison, WI, 53703-3960 | | **Invoice #:** | PA1887830 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 11/5/2013 |
| | | | **Balance Due:** | $0.00 |

| **Case:** | Lulac v. Deininger, Et Al |
|---|---|
| **Job #:** | 1753719 \| Job Date: 11/1/2013 \| Delivery: Expedited |
| **Billing Atty:** | Clayton Kawski, Esq |
| **Location:** | Dechert LLP |
| | Cira Centre \| 2929 Arch Street \| Philadelphia, PA 19104 |
| **Sched Atty:** | Clayton Kawski, Esq \| Wisconsin Department of Justice |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Lorraine Minnite | Original with 1 Certified Transcript | Page | 128.00 | $3.65 | $467.20 |
| | Transcript - Expedited Fee | Page | 128.00 | $3.65 | $467.20 |
| | Attendance Fee | 1 | 1.00 | $95.00 | $95.00 |
| | Exhibits | Per Page | 52.00 | $0.65 | $33.80 |
| | Exhibits - Color | Per Page | 2.00 | $1.75 | $3.50 |
| | Rough Draft | Page | 128.00 | $2.25 | $288.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $18.00 | $18.00 |

| **Notes:** | | **Invoice Total:** | $1,417.70 |
|---|---|---|---|
| | | **Payment:** | ($1,417.70) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** | PA1887830 |
|---|---|---|---|
| | | **Job #:** | 1753719 |
| | | **Invoice Date:** | 11/5/2013 |
| | | **Balance:** | $0.00 |

12812

**Veritext Mid-Atlantic**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| **Bill To:** | Clayton Kawski, Esq
Wisconsin Department of Justice
17 W Main St.
Madison, WI, 53703-3960 | | **Invoice #:** | PA1504486 |
|---|---|---|---|---|
| | | | **Invoice Date:** | 6/4/2012 |
| | | | **Balance Due:** | $0.00 |

| **Case:** | Jones v. Deininger |
|---|---|
| **Job #:** | 1500928 | Job Date: 5/16/2012 | Delivery: Normal |
| **Billing Atty:** | Clayton Kawski, Esq |
| **Location:** | Dechert LLP
Cira Centre | 2929 Arch Street | Philadelphia, PA |
| **Sched Atty:** | Clayton Kawski, Esq | Wisconsin Department of Justice |

| **Witness** | **Description** | **Units** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|---|---|
| Lorraine Minnite | Original with 1 Certified Transcript | Page | 130.00 | $3.65 | $474.50 |
| | Exhibits | Per Page | 123.00 | $0.65 | $79.95 |
| | Surcharge - Video Deposition | Page | 130.00 | $0.50 | $65.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $18.00 | $18.00 |

| **Notes:** | | **Invoice Total:** | $682.45 |
|---|---|---|---|
| | | **Payment:** | ($682.45) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

12812

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | PA1504486 |
|---|---|
| **Job #:** | 1500928 |
| **Invoice Date:** | 6/4/2012 |
| **Balance:** | $0.00 |

# Van Pelt Corbett Bellows

Accounting Department
20328 - 30th Ave NE
Lake Forest Park, WA 98155

# Invoice

View your invoice online at www.vanpeltdep.com

**Terms: Net 30**

**12% per annum Finance Charges will be assessed after 30 days**

Clayton P. Kawski
Wisconsin Department of Justice
17 West Main Street
P.O. Box 7857
Madison, WI 53707-7857

| | |
|---|---|
| **Invoice Date** | **Invoice #** |
| **5/4/2012** | **4116DE** |

**Date:** 4/26/2012 9:00:00 AM
**Case:** Frank, et al., v. Governor Scott Walker, et a
**Witness:** Matt Barreto
**Case #:** 11-CV-1128
**Reporter:** Jacqueline Bellows, Michele Mason

| Description | Each | Quan | Total |
|---|---|---|---|
| Appearance | $75.00 | 3.25 | $243.75 |
| Transcript (O+1) | $4.25 | 108 | $459.00 |
| Black & White Exhibits | $0.35 | 161 | $56.35 |
| Documents printed | $0.15 | 323 | $48.45 |
| Delivery and Handling | $30.00 | 1 | $30.00 |
| | | **Sub Total** | **$837.55** |
| | | **Payments** | **$837.55** |
| | | **Balance Due** | **$0.00** |

Taxpayer Identification 75-3053993

# THANK YOU

206-682-9339 • Fax 206-682-9978 • www.vanpeltdep.com • reporters@vanpeltdep.com