UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JUSTIN LUFT, *et al.*,

    Plaintiffs,

  v.

TONY EVERS, Governor of Wisconsin, *et al.*,

    Defendants; and

THE WISCONSIN LEGISLATURE,

    Proposed Intervenor-Defendant.

Case No. 2:11-cv-01128-LA

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric M. McLeod and Lane E. Ruhland of Husch Blackwell LLP hereby enter their appearance as counsel on behalf of the Wisconsin Legislature. Please serve all pleadings and other documents on counsel via the Court's eFiling system or at the address below if applicable.

Dated this 29th day of July, 2020.

          Respectfully submitted,

          /s/ *Eric M. McLeod*
          Eric M. McLeod (State Bar No. 1021730)
          Lane E. Ruhland (State Bar No. 1092930)
          HUSCH BLACKWELL LLP
          P.O. Box 1379
          33 East Main Street, Suite 300
          Madison, WI 53701-1379
          (608) 255-4440
          (608) 258-7138 (fax)
          eric.mcleod@huschblackwell.com
          lane.ruhland@huschblackwell.com