


207 East Buffalo Street, Ste 325
Milwaukee, WI 53202
(414) 272-4032
aclu-wi.org

August 12, 2020

**VIA ECF**
Chief U.S. District Judge James D. Peterson
U.S. District Court for the Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

RE: *Frank v. Walker*, 2:11-cv-1128-jdp (E.D. Wis.)

Dear Chief Judge Peterson:

I write on behalf of Plaintiffs in the above-captioned action ("*Frank*") with regard to the status of the current litigation. On July 31, 2020, this matter was transferred to this Court, which was also presiding over *One Wisconsin Institute, Inc. v. Nichol*, 3:15-cv-324-jdp ("*One Wisconsin*"). *See Frank*, Dkt. 353. While *Frank* remains—and should remain—distinct from *One Wisconsin*, Plaintiffs noticed that in *One Wisconsin*, this Court ordered the parties to submit a memorandum "outlining the steps they believe the court needs to take to bring the case to a resolution, along with a proposed schedule." *One Wisconsin*, Dkt. 348.

Because *Frank* also involves issues that implicate the fast-approaching November 3, 2020 election—specifically and exclusively, the Identification Card Petition Process ("IDPP")—Plaintiffs are writing the Court to suggest that the *Frank* parties likewise submit to this Court their suggestions for an expedited discovery schedule regarding the remaining issues in dispute via joint letter by Friday, August 21, 2020. Such schedule will help the parties meaningfully assess the path forward.

Sincerely,

Karyn L. Rotker
Senior Staff Attorney
ACLU of Wisconsin
krotker@aclu-wi.org

CC: All counsel of record (ECF)